### Case No. 8,148.

LAWRENCE et al. v. WICKWARE et al.

[4 McLean, 56.] [1]

Circuit Court, D. Michigan. June Term, 1845.

STATE EXEMPTION—EXEMPTION LAW PASSED AFTER SUIT COMMENCED—GREATER EXEMPTION—ADOPTION OF LAW BY COURT.

A suit after it shall have been commenced, cannot be affected by a state law extending the exemption of the property of the defendants, such law never having been adopted by the court; and the law previously adopted authorized an exemption to a more limited extent.

[This was a bill in equity by Lawrence and Keese against Wickware and Cobb.]

---

[1] [Reported by Hon. John McLean, Circuit Justice.]

Mr. Fraser, for complainants.
Mr. Emmons, for defendants.

OPINION OF THE COURT. This is a case in chancery, in which a receiver was appointed, and the legislature of the state having passed a law exempting certain articles of property from execution, in addition to those formerly exempted, a motion is made to extend the exemption under the recent act. But THE COURT held, that the revised act which had been adopted by the court, and under which the present proceedings were instituted, should govern the case. The property was ordered to be sold.

LAWRENCE (WILBUR v.). See Case No. 17,635.

LAWRENCE (WILSON v.). See Case No. 17,816.

LAWRENCE CO. (ADAMS v.). See Case No. 59.

LAWRENCE CO. (POLLOCK v.). See Case No. 11,255.

LAWRY (BURRILL v.). See Case No. 2,199.

LAWRY (FOGG v.). See Case No. 4,897.

LAWS (UNITED STATES v.). See Case No. 15,579.